UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lynnardio Dean

Plaintiff

v.

Metro Staffing

Defendant

Case Number: 1:18-cv-07240

Judge: Gary Feinerman

Magistrate Judge: M. David Weisman

**FILED**
NOV 02 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A statement on me the first day at the job Metro Staffing sent me to.

LDDean
11-2-18

April-2016   November-2017 ①

On April 2016 I was sent to a bakery named Arytza and i was assigned line 2 the supervisor was named Gabino and his sister-in-law was on the same line and cousin family line. I was the longest black work on that line from April-November There was a issue where Teodora Mendoza was push two pallet incorrectly and she hit my hand and knock the skin off it and i got wrote up for unsafe behavior and i reported that and that was removed and they moved me from line 2 and put me on line 1 and for out i did nothing

wrong and put me back on line 2. I was told by the lead's supervisor's manager's I was doing a great job because they mainly on the box machine because i know how to run it good so when i came in at 4:45 i went to the box machine until told other wise. I told the supervisor would he put in good word for me because i supposed to be doing application. And that's when hell broken teodora Mendoza cursing me out Gabino throwing & kick my boxes the machine

they were all family on line
2) Just a bout the would
kick my pallet bring my boxes
late a Gabino would fuss at
me.
And the move the line to line
1) one day i came in and i was
sent to the line that was
loaded with cakes on the
floor all over the machine
i was sent there because they
know a i like to clean and i'm
fast.
I was sent to delta ~~boxtrack~~
I and another lady clean
it up.



the line got loaded with cake
so they sent a hispanic lady
name dora to help and the manager
name Joe came over and was telling
dora to get the cakes from the other
side and he was making her angry
and she was throwing her hands up
in the air yelling the way she
act if it had a been me or
a black lady the would have
called the police or fired me.
then Joe leave her and she
knock the platter of cakes
on the floor i went to the
other side to help her
and she start pushing against

my arm and that when i raised my arm winches and said excuse me to give us space because she was pushing me. and she went to report i pushed her and i told them Joe mad her mad and she is trying to take it out on me i'm helping her like i always do i ask for Joe they said Joe is in a meeting i said he should've took dora with him. now he's in a meeting that fast. So Eugenio said dora said i sholved her so i'm being supensied

Keith Henderson said im fire i was reported-reporting things to him sh he said, he heard that it was something over there happening that wasn't and he will look into it.

Now im fired wrongly

Keith listening to → (Gabino Joe Eugenio) set me up.

Keith Henderson is listen to the people at the bakery instead of

looking and SEE what's really going on.

i told everybody in the building i was beeing treated different and the fell to do any thing.

and Anna polowin, was headed to the back and turned around a said ~~se~~ sit down loud, loud. i told her that was rude.

<u>Mshenda Diming ~~Got~~</u> mad at me because i wouldn't take a $1,000 dollars in hush money. and through the paper work on the table and i got scared and walked out of the Conference and he called me back and said i should take that because you not getting what you won't and i wanted at least $3,000. because that job was making good money.

IDHR INTAKE
OCT 11 '19 PM 2:24

I came to Illinois Department of Human Right's with my complaints against job that treated me different from other's and the investagator didn't properly investagat my complaint.

<u>False Investagator's</u>

<u>Nancy Harris</u>, Didn't look at the tap Didn't call my witness. Only person he treated right was the Attorney's for the other company she didn't do nothing i ask.

<u>Anna Polowin</u>, Didn't call my witness didn't look at the video, she yelled at me she slammed the door in the back when i was in there by myself and when she got through talking to me she said go to the front. I was

Therefore,
I wanted my charges to be re-looked at and Mr. Adam said that well asked that i want to do i said for the charges to be looked over and he said eeoc might go with they finding