# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_Lynnarcho Dean_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

_Metro Staffing_ vs

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**FILED**

NOV 0 9 2018

**THOMAS G BRUTON
CLERK, U.S DISTRICT COURT**

Case No: _1:18 CV 07240_
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**          <u>**AMENDED COMPLAINT**</u>

_____          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
                 U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
                 28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.     Plaintiff(s):**

A.     Name: *Lynnardio Dean*

B.     List all aliases: _____

C.     Prisoner identification number: _____

D.     Place of present confinement: _____

E.     Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: *Metro Staffing*

       Title: *Temp Service*

       Place of Employment: *Arytza*

B.     Defendant: _____

       Title: _____

       Place of Employment: _____

C.     Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Discrimination

B. Approximate date of filing lawsuit: Nov 1 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Metro Staffing

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United State District Court

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Illinois Department of Human Rights They lifting Dismissed

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

They have a video let's look at that video from the time i came in to the time of my firing and you can see all of the facts. Joe the big boss was asking Dora what to do and she got Mad at him when he left she Knocked my platter over and it fell and hit my leg and i went on the other side where i started from and she was pushing up against my arm and i raised it 4 inch

4

Revised 9/2007

and she went to report i pushed her + they is claiming now i elbowed this lady they are lying to protect this hispanic lady. I been there 7 month the longest black on line 2 we black get wrote up for everything coming from break a couple min late not working as fast as they want they get more hour they is fusing with the black for anything and when the get upset they walk them or us out the door the hispanic's just get talked to. My case wasn't

properly looked at everybody is lying

ecept me.

EEOC lying they going with IDHR
finding. Daniel lim said he have
a lot of paper work at the EEOC
so he is going to go with IDHR
finding and the supervisor said
that they was going to do that
the supervisor at IDHR.

They are lying.
And i won't give up
til Justice the Judge
probualy go with they
finding to.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Get me my back pay & More Money
And get my job reinstated to me
because they were making good money

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of ___Nov___, 20_18_

___Mr. Lymnarcho Dean___
(Signature of plaintiff or plaintiffs)

___Mr. Lymnarcho Dean___
(Print name)

_____
(I.D. Number)

_____

___755 N Centra/ Ave #3B___
(Address) _Chicago I/ 60644_

Revised 9/2007

EEOC Form 161-B (11/k.)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:  Lynnardio Dean
P O Box 440691
Chicago, IL 60644

RECEIVED EEOC

OCT 04 2018

CHICAGO DISTRICT OFFICE

From:  Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

*Mailed 10/5/18*
*743 1/2 N. Central*
*Apt 2B*
*Chicago IL*
*60644*

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | (See also the |
|---|---|---|
| 21B-2017-00343 | Daniel Lim, State & Local Coordinator | |

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or** _____
**Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA ba_____
been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed
**of your receipt of this notice**; or your right to sue based on this charge will be lost. (The
state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will
be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until
90 days after you receive notice that we have completed action on the charge. In this regard, the **paragraph marked below applies to**
your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN
90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge,
you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought
in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for
any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*/dll

9/14/2018

Enclosures(s)

**Julianne Bowman,
District Director**

*(Date Mailed)*

cc:

METRO STAFFING INC
c/o Chief Executive Officer
2001 N Narragansett
Chicago, IL 60639

*"Received in person"*

*CP*

*10-5-18*
*Date*

STATE OF ILLINOIS        )
                         )  ss
COUNTY OF COOK           )                    CHARGE NO. 2017CF1138

## AFFIDAVIT OF SERVICE

Veronica L. Lewis, deposes and states that she served a copy of the attached **NOTICE OF DISMISSAL FOR LACK OF SUBSTANTIAL EVIDENCE** on each person named below by depositing the same this 31th day of January, 2018, in the U.S. Mail Box at 100 West Randolph Street, Chicago, Illinois, properly posted for FIRST CLASS MAIL, addresses as follows:

---

Lynnardio Dean
743½ N. Central Ave.
Apt. #2B
Chicago, IL 60644

Amber L. Cox
Laner Muchin, Ltd.
515 N. State St.
Suite 2800
Chicago, IL 60654

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Veronica Lewis

## PLEASE NOTE:

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case you must complete the Request for Review form attached. Illinois Department of Human Rights staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.