[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Mr. Lynnardio Dean )
Plaintiff )
) Case Number: 1:18-cv-07240
) Judge: Honorable Gary Feinerman
v. )
) Magistrate Judge: David Weisman
Metro Staff Inc )
Defendant )

I want a copy of the video starting from 4:45 pm so we can see what really happen

**FILED**
JUN 21 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

L D Dean
6-21-19

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]