**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LYNNARDIO DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number:  1:18-cv-07240 |
| | ) | |
| v. | ) | Judge Gary Feinerman |
| | ) | |
| METRO STAFFING, | ) | Magistrate Judge Max D. Weisman |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR A CONFIDENTIALITY ORDER**

Defendant Metro Staff, Inc.[1] ("Defendant"), by its attorney, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Rule 26.2 and Magistrate Judge Weisman's Order dated August 16, 2019 (*see* Docket Entry No. 43), hereby respectfully moves this Honorable Court to enter a Confidentiality Order.  In support of this Motion, Defendant states as follows:

1.	In this case, *Pro Se* Plaintiff alleges that Defendant violated: (i) Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, by discriminating against him in the terms and conditions of employment because of his race, gender and sexual orientation; and (ii) the Illinois Human Rights Act, as amended, 775 ILCS 5/1 *et seq.*, by discriminating against him in the terms and conditions of employment because of his race, gender and sexual orientation.

2.	In discovery, Plaintiff's past and current financial information may be the subject of written discovery requests.  Also during discovery, Defendant anticipates that deposition questions may include questioning related to this same subject matter.  The parties' respective financial records are also likely to be the subject of information requests at varying stages of this litigation.  Personnel and other confidential records relating to the parties and non-parties are also likely to be subjects of discovery requests.

---

[1] Metro Staff, Inc. has been misidentified in the caption as Metro Staffing.

3.      The foregoing record sources are likely to contain confidential and private information about the parties and certain non-parties.  Defendant, therefore, believes that there is good cause to respectfully request that this Honorable Court enter a Confidentiality Order to protect the privacy interests of the parties and non-parties to this litigation.

4.      Defendant has prepared a Confidentiality Order, which is based on the United States District Court for the Northern District of Illinois' Model Confidentiality Order (Form LR 26.2).

5.      Defendant has slightly revised the Model Confidentiality Order only to the extent that the model contemplates options to be considered or rejected by litigants and to the extent that such revisions are necessary for compliance with the Court's Standing Order governing "Confidentiality Orders."  Per the Court's Standing Order governing "Proposed Orders," a Word formatted copy of the proposed Confidentiality Order has been submitted to the Court's Proposed Order Inbox: Proposed_Order_Weisman@ilnd.uscourts.gov and all parties of record have been copied on that email.

WHEREFORE, Defendant Metro Staff, Inc. respectfully moves this Honorable Court to enter a Confidentiality Order.

Dated:  September 3, 2019                          Respectfully submitted,

                                                   By:     /s/Brian K. Jackson
                                                            Attorney for Defendant

                                                         Brian K. Jackson
                                                         Laner Muchin, Ltd.
                                                         515 North State Street, Suite 2800
                                                         Chicago, Illinois 60654

## CERTIFICATE OF SERVICE

I, Brian K. Jackson, an attorney, hereby certify that on September 3, 2019, I caused to be filed through the Court's electronic filing system the foregoing **DEFENDANT'S MOTION FOR A CONFIDENTIALITY ORDER** in the above-captioned matter, and the Court's electronic filing system has served a copy of same on the party of record listed below:

> Lynnardio Dean
> 755 N. Central Ave #3B
> Chicago, IL 60644
> (312) 459-3834
> (312) 647-3358
> dean.lynnardio@gmail.com
>
> *Pro Se*

/s/Brian K. Jackson